IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMA M. CUSICK,

    Plaintiff,

v.                                                             4:14cv231-WS

JOHN DOE,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 12, 2014. See Doc. 10. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (doc. 11) to the magistrate judge's report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds—as did the magistrate judge—that the plaintiff has failed to state a claim under federal law. The plaintiff sues a doctor ("John Doe") at Belle Glade Community Hospital for injuries resulting from the doctor's alleged "medical

malpractice."  The doctor treated the plaintiff, an inmate, after the plaintiff suffered an injury during an altercation at the prison.  The doctor was allegedly "subcontracted to the Florida Department of Corrections."

By order (doc. 8) dated July 2, 2014, the plaintiff was advised that "[m]edical malpractice does not constitute deliberate indifference" under federal law.  In his amended complaint filed on July 23, 2014, the plaintiff continues to seek relief on the basis of the doctor's alleged "medical malpractice."  Because allegations of medical malpractice are insufficient to state a claim under federal law, it is ORDERED:

1.  The magistrate judge's recommendation of dismissal (doc. 10) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's amended complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED for failure to state a claim."

DONE AND ORDERED this    2nd    day of    September   , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE